# SUPREME COURT OF INDIANA

| Case | Citation | Date | Disposition |
|------|----------|------|-------------|
| Esserman v. Indiana Department of Environmental Management | 66 N.E.3d 993 | 04/04/2017 | Transfer granted. |
| Watkins v. State | 67 N.E.3d 1092 | 04/04/2017 | Transfer granted. |
| Shepard v. State | 68 N.E.3d 1103 | 04/04/2017 | Transfer granted. |
| Wilson v. State | 65 N.E.3d 646 | 04/04/2017 | Transfer denied. All Justices concur. |
| Snowberger v. ESG Security, Inc. | 49A02–1510–CT–1631 | 04/04/2017 | Transfer denied. Rucker, Massa, and Slaughter, JJ., vote to deny transfer. Rush, C.J., and David J., vote for oral argument on the transfer petition. |
| Walters v. State | 68 N.E.3d 1097 | 04/04/2017 | Transfer denied. All Justices concur. |
| Trevino v. Comprehensive Care, Inc. | 69 N.E.3d 957 | 04/04/2017 | Transfer denied. All Justices concur. |
| Clingerman v. State | 79 N.E.3d 1010 | 04/04/2017 | Transfer denied. All Justices concur. |
| Asher v. State | 76 N.E.3d 200 | 04/04/2017 | Transfer denied. All Justices concur, except Rucker, J., who votes to grant the petition to transfer. |
| Hobbs v. State | 71 N.E.3d 46 | 04/04/2017 | Transfer denied. All Justices concur. |
| Taylor v. State | 77 N.E.3d 265 | 04/04/2017 | Transfer denied. All Justices concur. |
| Taylor v. State | 49A05–1605–CR–1212 | 04/04/2017 | Transfer denied. All Justices concur. |
| Smith v. State | 77 N.E.3d 268 | 04/04/2017 | Transfer denied. All Justices concur. |
| O.G. v. Indiana Department of Child Services | 65 N.E.3d 1080 | 04/04/2017 | Transfer denied. Rucker and Slaughter, JJ., vote to deny transfer. David and Massa, JJ., vote to grant transfer. Rush, C.J., did not participate. |
| B.D.H. v. Indiana Department of Child Services | 76 N.E.3d 200 | 04/04/2017 | Transfer denied. All Justices concur. |
| Spencer County Assessor v. AK Steel Corporation | 61 N.E.3d 406 | 04/04/2017 | Review denied. All Justices concur, except Slaughter, J., who did not participate in the decision of this matter. |